No. 16-17107



## In the United States Court of Appeals
## for the Eleventh Circuit

JOHN PINSON,

*Plaintiff - Appellant,*

v.

JPMORGAN CHASE BANK, N.A.,

*Defendant - Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
U.S. District Court Case No. 9:16-cv-80688-WJZ

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
Telephone (561) 329-2524
john@pinson.com

*Pro Se* Appellant

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In compliance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3, the following is a complete list of all persons and entities known to Appellant, John Pinson, to have an interest in the outcome of this appeal:

1.  Cosgrove, Scott B.         attorney for Appellee;

2.  Herbert, Brendan I.        attorney for Appellee;

3.  Hunt, Patrick M.           U.S. District Court trial judge (Magistrate Judge);

4.  JPMorgan Chase Bank, N.A.  Appellee;

5.  JPMorgan Chase & Co.       (stock ticker symbol: JPM) wholly owns JPMorgan Chase Bank, N.A. No person or entity is known to own more than 10% of the common stock of JPMorgan Chase & Co.;

6.  León Cosgrove LLC          attorneys for Appellee (ownership unknown);

7.  Pinson, John               Appellant, *Pro Se*;

8.  Zloch, William J.          U.S. District Court trial judge (District Judge).

**C-1 of 1**

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

John Pinson v. JPMorgan Chase Bank, N.A.     No. 16-17107

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was filed via FedEx with the Clerk of the U.S. Court of Appeals for the Eleventh Circuit. I hereby further certify, in compliance with F.R.A.P. Rule 25 that the foregoing was sent by the Court's ECF system to all counsel upon entry into the docket, and an additional true and correct copy with first-class postage prepaid has been deposited in the U.S. Mail today.

### Service List

Brendan I. Herbert, Esq.
Leon Cosgrove LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
*Attorney for Defendant:*
JPMorgan Chase Bank, N.A.

Signed November 28, 2016

_____
John Pinson, *Pro Se*
526 Westwood Road
West Palm Beach, Florida 33401
Telephone (561) 329-2524
john@pinson.com