```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 9
Receipt Number: FLS900004815
Cashier ID: rmarks
Transaction Date: 12/05/2016
Payer Name: John Pinson
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: John Pinson
 Case/Party: D-FLS-9-16-CV-080688-001
 Amount:        $505.00
----------------------------------
CASH
 Amt Tendered: $505.00
----------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:       $0.00

Appeal # 16-17107


Returned check fee $53



Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```