IN THE UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# No. <u>16-17107</u>

JOHN PINSON,

Appellant,

v.

JPMORGAN CHASE BANK, N.A.

Appellee.
_____
ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

**APPELLEE JPMORGAN CHASE BANK, N.A.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Andrew B. Boese, Esq.
 Fla. Bar No. 824771
Brendan I. Herbert, Esq.
 Fla. Bar No. 76925
LEÓN COSGROVE LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Tel:     305.740.1975
Email: aboese@leoncosgrove.com
Email: bherbert@leoncosgrove.com

*Attorneys for Appellee*

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Appellate Procedure 26.1, by and through undersigned counsel, Appellee JPMorgan Chase Bank, N.A. hereby discloses that the following may have an interest in the outcome of this appeal:

Boese, Andrew B. (Attorney for Appellee)

Herbert, Brendan I. (Attorney for Appellee)

Hunt, Honorable Patrick M. (United States Magistrate Judge (S.D. Fla.))

JPMorgan Chase Bank, N.A., (JPM) (Appellee)

Leon Cosgrove, LLC (Attorneys for Appellee)

Pinson, John (Appellant)

Zloch, Honorable William J. (United States District Judge (S.D. Fla.))

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellee certifies that JPMorgan Chase Bank, N.A., as successor by merger with Chase Home Finance, LLC, is a wholly-owned subsidiary of JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly traded corporation.  No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

Dated: January 3, 2017    Respectfully submitted,

*s/ Andrew B. Boese*
Andrew B. Boese, Esq.
 Fla. Bar No. 824771
Brendan I. Herbert, Esq.
 Fla. Bar No. 76925
LEÓN COSGROVE LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Tel:  305.740.1975
Email: aboese@leoncosgrove.com
Email: bherbert@leoncosgrove.com

*Attorneys for Appellee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2017, I filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* using CM/ECF and served Appellant John Pinson, *Pro Se*, 526 Westwood Road, West Palm Beach, Florida 33401, john@pinson.com via U.S. Certified Mail and Email.

*s/ Andrew B. Boese*
Andrew B. Boese, Esq.