

No. 16-17107 – KH

# In the United States Court of Appeals
## for the Eleventh Circuit

JOHN PINSON,

*Plaintiff - Appellant,*

v.

JPMORGAN CHASE BANK, N.A.,

*Defendant - Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
U.S. District Court Case No. 9:16-cv-80688-WJZ

**AGREED MOTION FOR EXTENSION OF TIME**

**TO FILE APPELLANT'S INITIAL BRIEF**

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
Telephone (561) 329-2524
john@pinson.com

Appellant *pro se*

No. 16-17107 – Page **1** of **6**

# AMENDED CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

In compliance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3, the following is a complete list of all persons and entities known to Appellant, John Pinson, to have an interest in the outcome of this appeal:

1. Boese, Andrew B. — attorney for Appellee *;

2. Cosgrove, Scott B. — attorney for Defendant below *;

3. Herbert, Brendan I. — attorney for Appellee;

4. Hunt, Patrick M. — U.S. District Court trial judge (Magistrate Judge);

5. JPMorgan Chase Bank, N.A. — Appellee;

6. JPMorgan Chase & Co. — (stock ticker symbol: JPM) wholly owns JPMorgan Chase Bank, N.A. No person or entity is known to own more than 10% of the common stock of JPMorgan Chase & Co.;

7. León Cosgrove LLC — attorneys for Appellee (ownership unknown);

8. Pinson, John — Appellant, *Pro Se*;

9. Zloch, William J. — U.S. District Court trial judge (District Judge).

* Certificate amended January 10, 2017, by addition of #1, correction of #2.

**C-1 of 1**

## APPELLANT'S AGREED MOTION FOR FORTY-FIVE DAY EXTENSION OF TIME TO FILE AND SERVE APPELLANT'S BRIEF

Appellant, John Pinson, pursuant to Federal Rule of Appellate Procedure 26(b), and Eleventh Circuit Court Rules 26-1 and 31-2, respectfully request a forty-five day extension of time to file and serve the Appellant's Brief and for grounds in support states as follows:

1. Appellant's initial brief is due to be filed with the Court on January 30, 2017, and Appellant seeks a forty-five (45) day extension of time to file his initial brief, through and including March 16, 2017.

2. Because of current commitments, other pressing matters and limited time to properly conduct research and because of this short notice of only 23 days to file the initial brief, Appellant needs additional time. Appellant received the Notice of deadline to file brief on Saturday January 7, 2017.

3. Appellant is *pro se* and does not have a support staff.

4. Moreover, because this is the pro se Appellant's first appeal brief here and he needs additional time to study the rules of the appeals court, properly research and draft and format his opening brief, and have it properly printed and bound and shipped to the appeals court in Atlanta, the pro se Appellant need an extension of time to serve and file his initial brief with the Court.

5. This request for extension of time is made in good faith, not for the purpose of undue delay, burden or prejudice. No party to the action will be prejudiced by the relief requested.

6. This motion was agreed to and is unopposed. The undersigned Appellant *pro se* certifies, pursuant to the Eleventh Circuit Court Rule 26-1, that he has conferred with the Appellee's counsel, Mr. Brendan Herbert. The Appellee agrees to the forty-five day extension, through and including Thursday, March 16, 2017.

7. This motion for extension of time complies with 11th Cir. R. 31-2(c) and is filed more than fourteen (14) days in advance of the deadline.

**WHEREFORE**, Appellant, John Pinson, requests that this Honorable Court grant his motion and extend the time to file and serve his initial brief for forty-five (45) days through and including March 16, 2017.

Dated: January 10, 2017

Respectfully Submitted,

_____
John Pinson, Appellant *pro se*
526 Westwood Road
West Palm Beach, Florida 3401
561-329-2524
john@pinson.com

## **CERTIFICATE OF CONFERENCE WITH OPPOSING COUNSEL**

I hereby certify that on January 9, 2017, I conferred with counsel for the Appellee in this matter, to see if they opposed this Motion for Extension of Time to File Appellant's Initial Brief, Mr. Brendan Herbert, whose position was that Appellee has "no objection" to the motion. *See attached* Exhibit "A" (2 pgs.)

_____
John Pinson, Appellant *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing AGREED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S INITIAL BRIEF was filed via FedEx # 7781 3933 9578 with the Clerk of the U.S. Court of Appeals for the Eleventh Circuit.

Further, I hereby certify, in compliance with F.R.A.P. Rule 25 that the foregoing was sent by the Court's ECF system to all counsel upon entry into the docket, and an additional true and correct copy with first-class postage prepaid has been deposited in the U.S. Mail today.

### Service List

Brendan I. Herbert, Esq.
Leon Cosgrove LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
*Attorney for Defendant:*
JPMorgan Chase Bank, N.A.

Signed January 10, 2016

_____

John Pinson, Appellant *Pro Se*
526 Westwood Road
West Palm Beach, Florida 33401
(561) 329-2524
john@pinson.com

\* Attached "Exhibit A"
   2 pages

## John D Pinson

| | |
|---|---|
| **From:** | Brendan I. Herbert <bherbert@leoncosgrove.com> |
| **Sent:** | Monday, January 09, 2017 11:56 AM |
| **To:** | John D Pinson |
| **Cc:** | Jessica Gomez; Andrew Boese; Nikki Marrero |
| **Subject:** | RE: Appeal No. 16-17107 - Pinson v. JPMorgan Chase Bank NA |

Mr. Pinson,

We have no objection.

*"Exhibit A"*

BH

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Monday, January 09, 2017 11:31 AM
**To:** Brendan I. Herbert <bherbert@leoncosgrove.com>
**Cc:** Jessica Gomez <jgomez@leoncosgrove.com>; Andrew Boese <ABoese@leoncosgrove.com>; Nikki Marrero <nmarrero@leoncosgrove.com>
**Subject:** Appeal No. 16-17107 - Pinson v. JPMorgan Chase Bank NA
**Importance:** High

Mr. Herbert,

This is my good faith effort to confer with you, after trying to reach you by telephone.

Today is January 9, 2017, and I have just this weekend received notice from the 11th Circuit that my appeal initial brief is due January 30, 2017, and I intend to motion for a 45 day enlargement of time.

Because of current commitments, other pressing matters and limited time to properly conduct research and because of this short notice and only 21 days to file the initial brief, I need additional time. I do not have any support staff to conduct research for me, and must take time to go to the law library.

Moreover, because this is my first brief and I need additional time to further study the rules of the appeals court, properly research and draft and format my brief and appendix, and have them properly printed and bound and shipped to the appeals court in Atlanta, I need an enlargement of time to file.

For the above reasons, I intend to request a 45 day enlargement of time, through and including March 16, 2017, to file my initial brief with the 11th circuit, and I trust that under these circumstances you will afford me this kind courtesy as I would willingly reciprocate upon your request.

Please respond with your concurrence or objection by 5:00 PM this Wednesday January 11, 2017, so I may properly draft and mail my request for relief to the appellate court clerk's office for filing.

Sincerely,

John

John Pinson
561-329-2524

1



john@pinson.com

