## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 11, 2017

John Pinson
526 WESTWOOD RD
WEST PALM BEACH, FL 33401

Appeal Number: 16-17107-HH
Case Style: John Pinson v. JPMorgan Chase Bank, National
District Court Docket No: 9:16-cv-80688-WJZ

The motion for extension does not contain a Certificate of Compliance, pursuant to FRAP 32(g)(1). Please correct the deficiencies and mail the proper documentation back to the court. Once the corrections are made, your motion for extension will be processed.

A sample Certificate of Compliance is enclosed.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, HH
Phone #: (404) 335-6180

Enclosure(s)

DIS-1 Deficiency